**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC., | ) | |
| | ) | Civil Action No. 1:13-cv-01623 |
| Plaintiff, | ) | |
| | ) | Judge: Honorable John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge: Honorable Susan E. Cox |
| PAUL HARTMANN AG, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** on **Wednesday, May 1, 2013 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, U.S. District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in his stead, and shall present the enclosed **MOTION TO STAY PROCEEDINGS**.

Respectfully submitted,

Dated: April 24, 2013

By: /s/ /Allen Hoover/
　　　Allen E. Hoover (#6216256)
　　　ahoover@fitcheven.com
　　　Fitch Even Tabin & Flannery LLP
　　　Suite 1600
　　　120 South LaSalle Street
　　　Chicago, Illinois 60603
　　　Telephone: (312) 577-7000
　　　Facsimile: (312) 577-7007

Of Counsel:
　　　Christopher C. Campbell
　　　Robert D. Spendlove
　　　COOLEY LLP
　　　One Freedom Square
　　　11951 Freedom Drive
　　　Reston, VA 20190-5656
　　　Telephone: (703) 456-8000
　　　Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Medline Industries, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the enclosed motion shall be served by first class mail and by electronic mail on the defendant, Paul Hartmann AG, by forwarding same to counsel known to represent Paul Hartmann AG.


April 24, 2013                             ___/s/ /Allen Hoover_____