**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEDLINE INDUSTRIES, INC., ) | |
| ) | Civil Action No. 1:13-cv-01623 |
| Plaintiff, ) | |
| ) | Judge: Honorable John W. Darrah |
| v. ) | |
| ) | Magistrate Judge: Honorable Susan E. Cox |
| PAUL HARTMANN AG, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

**CORRECTED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** on **Wednesday, May 1, 2013 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, U.S. District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in his stead, and shall present the enclosed **MOTION TO STAY PROCEEDINGS**.

Respectfully submitted,

Dated: April 24, 2013

By: /s/ /Allen Hoover/
    Allen E. Hoover (#6216256)
    ahoover@fitcheven.com
    Fitch Even Tabin & Flannery LLP
    Suite 1600
    120 South LaSalle Street
    Chicago, Illinois 60603
    Telephone: (312) 577-7000
    Facsimile: (312) 577-7007

Of Counsel:
    Christopher C. Campbell
    Robert D. Spendlove
    COOLEY LLP
    One Freedom Square
    11951 Freedom Drive
    Reston, VA 20190-5656
    Telephone: (703) 456-8000
    Facsimile: (703) 456-8100

*Attorneys for Plaintiff*
*Medline Industries, Inc.*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the enclosed motion shall be served by first class mail and by electronic mail on the defendant, Paul Hartmann AG, by forwarding same to counsel known to represent Paul Hartmann AG.


April 24, 2013                          ____/s/ /Allen Hoover_____