**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, INC., | ) | |
| | ) | Civil Action No. 1:13-cv-01623 |
| Plaintiff, | ) | |
| | ) | Judge: Honorable John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge: Honorable Susan E. Cox |
| PAUL HARTMANN AG, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**MEDLINE'S NOTICE OF CHANGE OF COUNSEL**

Please take notice that the law firm Cooley LLP and attorney Christopher C. Campbell are no longer of counsel in this lawsuit. Attorney Robert Spendlove remains of counsel. His contact information is as follows:

> Robert Spendlove, Esq.
> Laubscher & Laubscher, PC
> 1160 Spa Road, Suite 2B
> Annapolis, Maryland, 21403
> 703-332-8888
> rspendlove@laubscherlaw.com

The undersigned attorney, Allen Hoover, will remain of record for Medline.

2

Respectfully submitted,

Dated: July 8, 2013

By: /s/ Allen E. Hoover
    Allen E. Hoover (#6216256)
    ahoover@fitcheven.com
    Fitch Even Tabin & Flannery LLP
    Suite 1600
    120 South LaSalle Street
    Chicago, Illinois 60603
    Telephone: (312) 577-7000
    Facsimile: (312) 577-7007

Of Counsel:
    Robert D. Spendlove
    rspendlove@laubscherlaw.com
    Laubscher & Laubscher, PC
    1160 Spa Road, Suite 2B
    Annapolis, Maryland 21403
    Telephone: (703) 332-8888

*Attorneys for Plaintiff*
*Medline Industries, Inc.*