IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDLINE INDUSTRIES, INC., ) | |
| ) | Civil Action No. 1:13-cv-01623 |
| Plaintiff, ) | |
| ) | Judge: Honorable John W. Darrah |
| v. ) | |
| ) | Magistrate Judge: Honorable Susan E. Cox |
| PAUL HARTMANN AG, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## MEDLINE'S STATUS REPORT

Medline Industries, Inc. ("Medline") respectfully submits this status report.

As the Court will recall, this is an action for declaratory judgment for invalidity and noninfringement of U.S. Patent No. 8,152,788, which is owned by defendant Paul Hartmann AG ("Hartmann").

On May 1, 2013, the Court entered an order staying this lawsuit under 35 U.S.C. 315(a)(2) pending Medline's petition for *inter partes review* of the '788 patent before the U.S. Patent & Trademark Office ("USPTO"). Section 315(a)(2) provides for an automatic stay of a lawsuit filed under these circumstances.

On June 20, 2013, the USPTO granted Medline's petition, and instituted an *inter partes review* proceeding before the Patent Trial and Appeal Board ("PTAB") under Proceeding No. IPR2013-00173. At present, Medline and Paul Hartmann are engaged in the USPTO's discovery process. The PTAB has entered a scheduling order with the final hearing set for March 17, 2014, after which the PTAB will issue its decision regarding the validity of the '788 patent.

The Court has set a status hearing for October 30, 2013, and Medline is prepared to

attend.  The Court may wish to enter a continuance, however, because the automatic stay remains in effect.  Medline does not anticipate that the *inter partes review* proceeding will conclude before October 30, nor do we anticipate that any of the events that otherwise would cause the stay to be lifted under 35 U.S.C. 315(a)(1)-(3) will have transpired by then.

If the Court is so inclined, Medline suggests that the Court continue the status hearing until a date after March 17, 2014.  Medline will plan to advise the Court promptly should the *inter partes review* proceedings conclude before that date, or should the Court stay otherwise be lifted.

Respectfully submitted,

Dated:  October 24, 2013

By: /s/       Allen Hoover
    Allen E. Hoover (#6216256)
    ahoover@fitcheven.com
    Fitch Even Tabin & Flannery LLP
    Suite 1600
    120 South LaSalle Street
    Chicago, Illinois 60603
    Telephone:   (312) 577-7000
    Facsimile:     (312) 577-7007

Of Counsel:
    Robert Spendlove
    rspendlove@laubsherlaw.com
    Laubsher & Laubsher, PC
    1160 Spa Road, Suite 2B
    Annapolis, Maryland 21403
    Telephone:   (410) 280-6608
    Facsimile:     (410) 280-6758

*Attorneys for Plaintiff*
*Medline Industries, Inc.*