# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Medline Industries, Inc.

                Plaintiff,

v.                                    Case No.: 1:13–cv–01623
                                      Honorable John W. Darrah

Paul Hartmann AG

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2013:

      MINUTE entry before Honorable John W. Darrah:Status hearing held and continued to 6/19/14 at 9:30 a.m. The stay is hereby lifted for the limited purpose of the issuance of the summons. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.